IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LINDA LUX, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CV-1697-M |
| | § | |
| **THE BANK OF NEW YORK MELLON,** *as Trustee for the Certificatesholders of CW ABS Inc, Asset-Backed Certificates, Series 2006-25, formerly known as The Bank of New York*, | § § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Dismiss and Brief in Support*, filed May 10, 2013 (doc. 5), is **GRANTED.** By separate judgment, all of Plaintiffs' claims against Defendant will be **DISMISSED with prejudice.**

**SO ORDERED** this 20th day of February, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS